IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB TRAUB, DAVID C. GARCIA, and
LANCE K. GOMEZ,

      Plaintiffs,

vs.                                          No. CIV 09-00256 JEC/WDS

CAMERON P. FISHER, and JERRY BELYEU,
in their individual capacities,

      State Defendants.

## STIPULATED DISMISSAL

Plaintiffs Jacob Traub, David C. Garcia and Lance K. Gomez, by and through their attorneys, Kennedy & Han, P.C., and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate to the dismissal with prejudice of any and all claims which Plaintiffs brought or could have brought in the above-entitled action against Defendants, Cameron P. Fisher and Jerry Belyeu.

      Respectfully submitted,

      **KENNEDY & HAN, P.C.**

      /s/Paul J. Kennedy
      Paul J. Kennedy
      Mary Y.C. Han
      201 12th Street, N.W.
      Albuquerque, New Mexico 87102
      Telephone: 505-842-8662

Approved by:

ROBLES, RAEL & ANAYA, P.C.

 Telephonic Approval 1/13/2010 
Terri Sauer Beach
500 Marquette NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228